IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABEUS DEWAYNE ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-CV-144-WHA-JTA ) |
| CHILTON CTY. JAIL, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 23, 2022. Doc. 6. The Magistrate Judge recommended that this case be dismissed prior to service pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). *Id.* Plaintiff's objections were due by July 8, 2022. *Id.* at 10. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that the amended complaint (Doc. 5) DISMISSED prior to service pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). The Clerk is DIRECTED to close this case and send a copy of this order to Plaintiff.

Final Judgment will be entered separately.

Done, this 18th day of July, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE